IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3110 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH A. JONES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

After reviewing the defendant's record in this case, including his past record on pretrial release,

IT IS ORDERED that the defendant's motion for pretrial release, (filing no. 55), is denied.

DATED this 13th day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge